UNITED STATE DISTRICT COURT
Western DISTRICT OF NEW YORK

20CV 6635-CJS

Steven Glenn

(In the space above, enter the full name(s) of the plaintiff(s).)

**COMPLAINT**
**Under the**
**Civil Right Act, 42 U.S.C. § 1983**
**(Prisoner Complaint)**

- against -

Judge david W. Foley
Emily Woodard
James dimmer

**Jury Trial:** ☐ Yes ☑ No
(Check one)

UNITED STATES DISTRICT COURT
FILED
AUG 21 2020
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

*(In the space above, enter the full name(s) of the defendant(s). If you cannot fit the names of all the defendants in the space provided, please write, "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Steven Glenn
ID # 18B0747
Current Institution Fishkill Corr. Fac.
Address P.O. Box 1245
Beacon, N.Y. 12508

B. List all defendants' names positions, place of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of papers as necessary.

Defendant No. 1
Name David W. Foley Shield # Judge
Where Currently Employed: County Courts
*Address:* P.O. Box 292 1 North Erie Street
Mayville, N.Y. 14757 (716) 753-4188

Defendant No. 2
Name Emily Woodard Shield # A.D.A
Where Currently Employed: district Attorney office
*Address:* 1 North Erie Street
Mayville, N.Y. 14757

Defendant No. 3
Name James dimmer Shield # Lawyer
Where Currently Employed: James dimmer Esquire
*Address:* 11 East Main Street, Suite 3
fredonia, N.Y. 14063

Defendant No. 4
Name ______ Shield # ______
Where Currently Employed: ______
*Address:* ______

Defendant No. 5
Name ______ Shield # ______
Where Currently Employed: ______
*Address:* ______

**II. Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving raise to your claims. Do not cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? Mayville County Jail.

B. Where in the institution did the event-giving rise to your claim(s) occur? Courthouse And My housing Unite.

C. What date and approximate time did the events giving rise to your claim(s) occur? 6/18/17 When I was Never Brought To Grand Jury About 10:00 Am.

D. Facts: All parTies violated My due process Also holding Me Against My Own free Will When They In fact Never Took Me To Grand. Jury Proceedings Which Violates Rule §190.80 Grand Jury Timely Action Also Racial Injustice And Racial Profiling As Well As Wrongful. Acturzations from The Victims And Law Officers Officers.

What Happened To You?

Who did what?

All parties Commited These Wrongful Acts.

Was anyone else involved?

Victims And Law Officers.

Who else Saw what happened?

No One Else.

**III. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

NA

**IV. Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of his title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
Yes ✓ No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
Mayville, County Jail.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___ No ___ Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___ No ___ Do Not Know ✓

If YES, which claim(s)? ___

D. Did you file a grievance in the jail, prison, other correctional Facility where your claim(s) arose?

Yes ___ No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No ✓

E. If you did file a grievance, about the events described in the complaint, where did you file the grievance?
The Mayville And fredonia Courts.

1. Which claim(s) in this complaint did you grieve? All Of Them.

2. What was the result, if any? denied Without Reason.

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. 440.10 & 440.20.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I did NoT Know Who Else To grieve To Besides The Courts.

2. If you did not file a grievance but informed any officials of your claim, state whom you informed, when and how, and their response, if any: The Courts. As soon As I happened. denied Without Reason.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have Appealed To The highest Courts With proof Of Violations Of My Rights And Laws By All Parties To. The Courts.

Note: You may attach as exhibits to the complaint any document related to the exhaustion of your administrative remedies.

**V. Relief:**

State what you want the court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Am Asking for Time Sereved With A Less or Inclueded Offence for All The Constitutional Violations By. These Parties. Or I Want $1Million dollars for Wrongfully Being Arrested And Charged for A Crime I did Not Commit As Well As. Violations Of due Process I Want $1Million dollars for Every Year I Wrongfully Sat In Jail My Basis for Such Amount. I. Loss family, I Loss My Jobs, I Loss School, And I Got Stabed In The face Stress And depression.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ___ No ✓

B. If your answer to A is YES, describe each lawsuit in question 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:

Plaintiff ______ NA

Defendant ______

2. Court (if federal court, name the district; if state court, name the county) NA

3. Docket or Index number ______ NA

4. Name of Judge assigned to your case ______

5. Approximate date of filing lawsuit ______

6. Is the case still pending? Yes ___ No ✓

If NO, give the approximate date of disposition NA

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) NA

On other claims

C. Have you filed other lawsuits in state or federal court other relating to your imprisonment?
Yes ___ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties To this previous lawsuit:

Plaintiff ______ NA

Defendants ______

2. Court (if federal court, name the district; if state court, name the county) ______

3. Docket or Index number ______ NA

4. Name of judge assigned to your case ______

5. Approximate date of file lawsuit: ______

6. Is the case still pending? Yes ___ No ✓

If NO, give the approximate date of disposition NA

7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) N/A

**I declare under the penalty of perjury that the forgoing is true and correct.**

Signed this 13 day of August 2020.

Signature of Plaintiff Steven Glenn

Inmate Number 18B0747

Mailing address Fishkill Corr. Fac.
P.O. Box 1245
Beacon, N.Y. 12508

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 13 day of August, 2020, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Western District of New York.

Signature of Plaintiff: Steven Glenn

United States district Court
Western district Of New York

Steven Glenn
v.
State Of New York

Motion To dismiss
Indictment # 17-222

I Steven Glenn Hereby Request That The Courts Grant Me This Motion to dismiss Indictment # 17-222 Under the following Grounds Under § 1983 And § 190.80

1.) C.P.L. § 210.35 Also § 190.80 As Well As My Due Process Was Violated By Color Of State Law By Not Taking Myself. The defendant To Grand Jury.

2.) Racial Injustice As Well As Racial Profiling Also Being held Against My Own free Will After Proving facts. Of Innocence.

3.) Wrongful Acturzations Against Myself.

4.) Also Myself The defendant Was Never Given Timely Notice Of Any Grand Jury Hearings Or Indictments I Was Never. Present for Grand Jury I Never Signed A Waiver To My Due Process Or Grand Jury Rights Which Is A Great. Violation Of My Due Process Claws As Well As § 210.35 As Well A § 190.80 I'm Humbly Asking That This Motion. Gets Granted And These Constitutional Violations Be fixed And I'm

Granted Immediate Release.

Steven Glen

Sworn To Before Me On This
13th day Of August, 2020

JOSHUA L GONZALEZ
Notary Public, State of New York
Reg. No. 01G06402316
Qualified In Dutchess County
Commission Expires 12/30/2023

①

Amended Complaint Under § 1983

Your Honor I The defendant Would Like for The Record To Show That I Have Reason To Believe And Could Prove. That My "Due Process" Has In fact Been Violated Which Is Also Reserved for Me. By The Constitutional Law.

It Is Apart Of My Constitutional Rights To Have My "Due Process" Which Is My Right To Be Brought fourth for. Any Court Proceedings Regarding My Case I Was Never Advised There Was A Grand Jury Hearing, Even If My. Attorney May Say It Was In His Best Interest To Not Have Me Present, But The fact Still Remains The. Same That I Was Never Informed Of Any Grand Jury Hearing. Nor did I Sign A Waiver Of My Rights for. A Grand Jury Hearing. I did In fact Notifiy Mr. James dimmer My Attorney That I Wish To Be. Present for An Court Proceedings And I Would Like for The Record To Show That I Was Clearly denied. To Excercise That Right Therefore Leaving Me With No Option To Take The Stand On My Own Behalf To Speak. Or The Right To See An Evidence To Prove The Jury Had Enough Evidence To Indict Me On Those Charges Which Is. My Right By Cp.L. Criminal Procedure Law So With Saying I Am Merely Asking "In The Interest Of The Courts".

(2)

Amended Complaint under § 1983
That "In The Interest Of Justice"
That The Courts Hear My Motion.
And See That My Motion dose Have.
Enough Merrit To Prove That My
Rights Were In fact Violated An The
Law Has Been Broken By My deffence.
Team And The Judge As Well As The
district Attorney Grievence Action Was
Taken To The Courts By Way Of.
Motion On 11/27/17 Your Honor And
That A Motion To dismiss The Indictment
To Be filied On The Grounds Of.
Violation Of due Process Being That
Because Of These Violations I Was
Only Being Judged Soley Off Of.
Allegations Alone I Ask That The
Charges And The Indictment Be
dismissed With PredJudice.

Steven Glen

Sworn To Before Me On This
13th day Of August, 2020

JOSHUA L GONZALEZ
Notary Public, State of New York
Reg. No. 01G06402316
Qualified in Dutchess County
Commission Expires 12/30/2023

# AFFIDAVIT OF SERVICE
(BY MAIL)

STATE OF NEW YORK )
) ss.:
COUNTY OF DUTCHESS)

I, Steven Glenn, being duly sworn, deposes and says:

1. I am over the age of eighteen and reside at Fishkill Correctional Facility, P.O. Box 1245, Beacon, NY 12508-1245, and

2. That on this 18th day of August, 2020, I did enclose the following set of moving papers (1983 Complaint & dismissal Motion) within an envelope and deposited the same therein a U.S. depository box under the exclusive care and custody of the New York State Department of Corrections and Community Supervision for delivery thereupon:

A. Clerk U.S. District Court
2120 U.S. Courthouse
100 State Street

B. Rochester, N.Y. 14614
And To All Other
Parties

Steven Glenn

Sworn to before me on this
18th day of August, 2020
[signature]
NOTARY PUBLIC

JESSICA STARSIAK
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in Orange County
01ST6398368
MY COMMISSION EXPIRES 09/30/2023